April 8, 2026

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Dougherty, et al. v. Zynga, Inc.*, Case No. 1:26-cv-02772-PAE

Dear Judge Engelmayer:

We write on behalf of the parties concerning proposed next steps in the above-captioned case, which was transferred to this Court from the Northern District of California on April 3, 2026.

By way of background, on May 9, 2025, Plaintiffs filed this lawsuit in the U.S. District Court for the Northern District of California. *See Dougherty, et al. v. Zynga, Inc.*, Case No. 25-cv-04051-SI (N.D. Cal.), Dkt. No. 1. The case was assigned to Judge Susan Illston. On July 18, 2025, Zynga moved to compel arbitration or alternatively transfer venue and also moved to dismiss. Dkt. Nos. 25-26. In response, on August 19, 2025, Plaintiffs filed an Amended Complaint. Dkt. No. 33. On September 26, 2025, Zynga renewed its prior motions and moved to stay discovery. Dkt. Nos. 37-39.

On March 31, 2026, Judge Illston granted Zynga's motion to transfer this action to this Court. Dkt. No. 56. She then denied the remaining motions as moot, noting that they raise issues that are "best left to the transferee court." *Id.* at 8.

The parties have conferred and agreed to the below proposed briefing schedule for Zynga to file renewed motions to compel arbitration, dismiss, and stay discovery:

| | |
|---|---|
| Friday, April 24, 2026: | Zynga to file renewed motions. |
| Tuesday, May 12, 2026: | Plaintiffs to file oppositions. |
| Tuesday, June 2, 2026: | Zynga to file replies. |

Of course, if the Court would like to discuss these issues or proceed in a different way, counsel will make themselves available.

Respectfully,

/s/ *Andrew B. Kratenstein*
Andrew B. Kratenstein
McDermott Will & Schulte LLP
One Vanderbilt Avenue
New York, NY 10017
*Counsel for Defendant Zynga, Inc.*

/s/ *Liana Roza Vitale*
Liana Roza Vitale
Janove PLLC
979 Osos St., Ste. A5
San Luis Obispo, CA 93401
*Counsel for Plaintiffs*

The Court thanks the parties for this letter. To the extent Zynga files a renewed motion to compel arbitration, the Court adopts the proposed briefing schedule above.

However, to the extent Zynga files a renewed motion to dismiss under Federal Rule of Civil Procedure 12(b) (in addition or in the alternative to a motion to compel arbitration), the Court hereby orders as follows, consistent with its standard amend-or-oppose procedure: By April 24, 2026, Zynga shall file any renewed motion to dismiss. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a Rule 12(b) motion to amend the complaint once as a matter of course. Accordingly, by May 15, 2026, plaintiffs shall file any Second Amended Complaint. No further opportunities to amend will ordinarily be granted. If plaintiffs do amend, by June 5, 2026, Zynga shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiffs, stating that it relies on the previously filed motion. If Zynga files a new motion or relies on its previous motion, plaintiffs' opposition (including to any motion to compel arbitration) will be due 14 days thereafter, and Zynga's reply, if any, will be due seven days after that. If plaintiffs do not file a Second Amended Complaint, their opposition to the renewed motion to dismiss (and any motion to compel arbitration) is due May 15, 2026. Zynga's reply, if any, is due June 5, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: April 10, 2026
New York, New York