**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DOUGHERTY *et al.*,<br>Plaintiffs,<br>v.<br>ZYNGA, INC.,<br>Defendant. | Case No. 1:26-cv-02772-PAE |

**NOTICE OF DEFENDANT ZYNGA, INC.'S**
**MOTION TO COMPEL ARBITRATION**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendant Zynga Inc.'s Motion to Compel Arbitration, the Declarations of Andrew J. Ungberg and Andrew B. Kratenstein, and the exhibits thereto, Defendant Zynga, Inc. ("Zynga") moves this Court, before the Honorable Paul A. Engelmayer, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, to compel arbitration Plaintiffs to arbitrate their claims individually before JAMS, pursuant to the parties' agreement.

As directed by the Court (ECF No. 60), Plaintiffs shall file any opposition to this motion on or before May 15, 2026, and Zynga shall file any reply on or before June 5, 2026.

Dated: New York, New York
April 24, 2026

Respectfully submitted,

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ Andrew B. Kratenstein*

Andrew B. Kratenstein
Chris Combs
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400

David Saunders (*pro hac vice* forthcoming)
Emilie E. O'Toole (*pro hac vice* forthcoming)
MCDERMOTT WILL & SCHULTE LLP
444 West Lake Street
Suite 4000
Chicago, IL 60606
Telephone: (312) 372-2000

*Counsel for Defendant Zynga, Inc.*