**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DOUGHERTY *et al.*,<br>Plaintiffs,<br>v.<br>ZYNGA, INC.,<br>Defendant. | Case No. 1:26-cv-02772-PAE |

**NOTICE OF DEFENDANT ZYNGA, INC.'S**
**MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendant Zynga Inc.'s Motion to Dismiss, the Declarations of Andrew J. Ungberg and Andrew B. Kratenstein, and the exhibits thereto, Defendant Zynga, Inc. ("Zynga") moves this Court, before the Honorable Paul A. Engelmayer, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, for an order pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and, where applicable, Rule 9(b), dismissing with prejudice Plaintiffs' First Amended Complaint in its entirety, and granting such other relief as the Court deems just and proper.

As directed by the Court (ECF No. 60), Plaintiffs shall file any opposition to this motion on or before May 15, 2026, and Zynga shall file any reply on or before June 5, 2026.

Dated: New York, New York
April 24, 2026

Respectfully submitted,

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ Andrew B. Kratenstein*

Andrew B. Kratenstein
Chris Combs
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400

David Saunders (*pro hac vice* forthcoming)
Emilie E. O'Toole (*pro hac vice* forthcoming)
MCDERMOTT WILL & SCHULTE LLP
444 West Lake Street
Suite 4000
Chicago, IL 60606
Telephone: (312) 372-2000

*Counsel for Defendant Zynga, Inc.*