McDermott Will & Schulte

Andrew B. Kratenstein
Attorney at Law
akratenstein@mcdermottlaw.com
+1 212 547 5695

July 1, 2026

**BY ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Dougherty, et al. v. Zynga, Inc.*, Case No. 1:26-cv-02772-PAE

Dear Judge Engelmayer:

Pursuant to this Court's Individual Rule 1.A., Defendant Zynga, Inc. ("Zynga") respectfully submits this letter to bring to this Honorable Court's attention *Jacobson v. Live Nation Entertainment, Inc.*, No. 24-CV-3994 (AS), 24-CV-6538 (AS), 2026 WL 1864990 (S.D.N.Y. June 29, 2026), as relevant supplemental authority in support of its pending Motion to Compel Arbitration (ECF No. 61) (the "Motion").

*Jacobson* addresses issues relevant to Zynga's Motion, including (i) the manifestation of assent through "clickwrap" agreements; (ii) the delegation of disputes regarding the enforceability of an arbitration clause to the arbitrator; (iii) the requirement that parties disputing such enforceability challenge the delegation clause specifically; and (iv) the procedural and substantive conscionability of the New Era rules that were revised following the Ninth Circuit's decision in *Heckman v. Live Nation Entertainment, Inc.*, 120 F.4th 670 (9th Cir. 2024).

Zynga respectfully submits that Judge Subramanian's opinion and order granting defendants' motion to compel arbitration is relevant to Zynga's Motion and the issues raised in the parties' corresponding briefing (ECF Nos. 62, 74, 79). A copy of the opinion is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Andrew B. Kratenstein*

Andrew B. Kratenstein

cc: All counsel of record via ECF